***Robert Wisniewski P.C.***
225 Broadway, Suite 1020
New York, NY 10007

Ph:(212) 267-2101    Fax:(212) 587-8115

Fredy Amaya                                                                July 28, 2017

|  |  | File #: | AMA-2-001 |
|---|---|---|---|
| **Attention:** |  | Inv #: | 1648 |

**RE:**     Amaya et al. v. Garden City Irrigation, Inc

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
|  | Photocopies | 646.50 |
|  | Postage | 163.20 |
| Oct-09-06 | Travel | 10.50 |
| Jan-18-07 | Internet access | 2.80 |
| Jan-23-07 | International phone calls | 7.26 |
| Feb-02-07 | Postage - FedEx sent 11/06/2006 | 8.61 |
| Feb-07-07 | West - NY Construction Law Manual | 13.08 |
| Mar-05-07 | Travel | 29.00 |
| Mar-19-07 | Ece Eskicakin - Amaya et al. - Per diem work | 135.00 |
| Mar-27-07 | Outside Copies | 13.80 |
| Mar-31-07 | Pacer - Court Service (1/01/07-3/31/07) | 8.96 |
| Apr-02-07 | Travel | 34.00 |
| Apr-06-07 | Subway fare to the court | 4.00 |
|  | Travel | 23.00 |
| Apr-10-07 | Conference call connections as of 03/19/07 | 21.34 |
|  | Long Distance - Verizon (2/19/2007) | 1.91 |
| Apr-16-07 | Rick Cardenas - Interpreting services | 250.00 |
| Apr-17-07 | Postage - FedEx sent 3/27/2007 | 16.99 |
|  | Postage - FedEx sent 3/27/2007 | 16.99 |
|  | Postage - FedEx sent 3/27/2007 | 16.99 |
| Apr-30-07 | WestLaw research as of 04/30/07 | 84.82 |
| May-10-07 | Rick Cardenas - Interpreting services on 05/02/2007 | 50.00 |
| Jun-03-07 | Telephone/Internet | 33.33 |
| Jun-30-07 | Pacer - Court Service (4/01/07-6/30/07) | 10.57 |
| Aug-07-07 | Travel | 11.50 |
| Sep-26-07 | Postage - FedEx (9/07/2007) | 10.14 |
|  | Postage - FedEx (9/07/2007) | 10.14 |

|            |                                                        |        |
|------------|--------------------------------------------------------|-------:|
|            | Postage - FedEx (9/07/2007)                            |  10.14 |
| Sep-30-07  | Pacer - Court Service  (7/01/07-9/30/07)               |  10.41 |
| Oct-17-07  | Postage - 3x                                           |   4.44 |
| Dec-05-07  | Travel                                                 |  24.00 |
| Dec-27-07  | Travel                                                 |  15.50 |
| Dec-28-07  | Travel                                                 |  17.50 |
| Mar-13-08  | LIS-Translations, Inc. - Amaya v. Garden City Immigration, Inc. - Interpreter (02/27/08) | 150.00 |
| Mar-15-08  | Travel                                                 |  32.00 |
| Apr-15-08  | Postage                                                |   4.60 |
| Apr-16-08  | Pacer - Court Service (01/01/08 - 3/31/08)             |  17.45 |
| Apr-30-08  | Long Distance - Verizon (4/19/08)                      |   6.23 |
| May-01-08  | Westlaw research as of 4/30/08                         |  39.62 |
| Jun-18-08  | Postage                                                |   2.94 |
| Jun-30-08  | Westlaw Search as of May 31, 2008                      |  29.33 |
| Aug-05-08  | Photocopies                                            |   2.50 |
| Aug-21-08  | Verizon - Conference Calls (06/19/08)                  |  19.76 |
|            | Pacer - Court Service (04/01/08-06/30/08)              |  20.69 |
| Aug-31-08  | Westlaw Search 07/01/08-07/31/08                       |  23.98 |
| Oct-03-08  | Pacer - Court Service                                  |  13.68 |
| Nov-04-08  | Pacer - Court Service                                  |  27.36 |
| Nov-10-08  | Pacer - Court Service                                  |  41.39 |
| Jan-31-09  | Pacer - Court Service                                  |   2.00 |
| Feb-28-09  | Pacer - Court Service                                  |   1.28 |
| Mar-31-09  | Pacer - Court Service                                  |   2.08 |
| Apr-30-09  | Pacer - Court Service                                  |   0.72 |
| May-06-09  | Meals                                                  |  84.01 |
| May-31-09  | Pacer - Court Service                                  |   0.32 |
| Jun-30-09  | Pacer - Court Service                                  |   1.92 |
| Jul-31-09  | Pacer - Court Service                                  |  23.28 |
| Aug-31-09  | Pacer - Court Service                                  |   5.60 |
| Sep-22-09  | Westlaw Search 07/01/09-07/31/09                       |  34.49 |
|            | Westlaw Search 08/01/09-08/31/09                       |   2.75 |
| Sep-30-09  | Pacer - Court Service                                  |   1.76 |
|            | Westlaw - Legal research 09/01/09-09/30/09             |  10.44 |
| Oct-11-09  | Postage - FedEx (09/17/09)                             |  12.62 |
|            | Postage - FedEx (09/17/09)                             |   9.87 |
|            | Postage - FedEx (09/17/09)                             |   9.87 |
| Oct-31-09  | Westlaw - Legal research 10/01/09-10/31/09             |  12.54 |
|            | Pacer - Court Service                                  |   4.40 |
| Nov-30-09  | Verizon - Conference Calls (11/05/09)                  |  13.33 |
|            | Westlaw - Legal research 11/01/09-11/30/09             |  16.58 |
|            | Pacer - Court Service                                  |   2.88 |
| Dec-31-09  | Pacer - Court Service                                  |  80.56 |
| Jan-26-10  | Travel                                                 |  27.00 |
| Jan-31-10  | Pacer - Court Service                                  |   2.40 |
| Feb-22-10  | Verizon conferencing (02/10/10 and 02/16/10)           |  13.10 |
| Feb-28-10  | Pacer -Court Service                                   |   3.68 |

| Date | Description | Amount |
|---|---|---|
| Mar-04-10 | Postage - FedEx (03/04/10) | 8.91 |
| | Postage - FedEx (03/04/10) | 8.91 |
| | Postage - FedEx (03/04/10) | 8.91 |
| Mar-19-10 | Postage - FedEx | 8.91 |
| | Postage - FedEx | 8.91 |
| Mar-22-10 | Postage - FedEx | 8.91 |
| Apr-30-10 | Pacer - Court Servcies | 0.08 |
| Jun-02-10 | Travel | 41.00 |
| Aug-31-10 | Westlaw - Legal research 08/01/10-08/31/10 | 12.18 |
| | Pacer - Court Services | 0.40 |
| Nov-23-10 | Eugene S. Ginsberg - Mediation Services | 300.00 |
| Nov-30-10 | Westlaw - Legal research 11/01/10-11/30/10 | 4.65 |
| Feb-28-11 | Westlaw - Legal research 02/01/11-02/28/11 | 1.10 |
| Apr-07-11 | Travel | 14.50 |
| Apr-30-11 | Westlaw - Legal research 04/01/11-04/30/11 | 21.44 |
| | Pacer - Court Service | 4.96 |
| May-31-11 | Pacer -Court Service | 4.88 |
| | Westlaw - Legal research 05/01/11-05/31/11 | 20.79 |
| Jun-29-11 | Travel | 29.00 |
| Jun-30-11 | Travel | 29.00 |
| Jul-05-11 | Travel | 14.50 |
| | Travel | 14.50 |
| Jul-07-11 | Bartosz Bilinski - per diem work (06/27-07/30/11) | 214.38 |
| Jul-08-11 | Postage - FedEx | 11.24 |
| Jul-15-11 | Travel | 14.50 |
| | Travel | 14.50 |
| Jul-31-11 | Westlaw - Legal research 07/01/11-07/31/11 | 17.30 |
| Aug-31-11 | GRM - Archiving Fee | 225.49 |
| | Westlaw - Legal reseach 08/01/11-08/31/11 | 58.33 |
| Sep-01-11 | Travel | 16.00 |
| Sep-06-11 | Eugene S. Ginsberg - Mediation Services | 375.00 |
| Sep-15-11 | Norma Lopez - Interpreting services | 62.00 |
| Sep-23-11 | Verizon - Conference Call | 16.57 |
| Sep-30-11 | Pacer - Court Service | 1.76 |
| Oct-10-11 | Raymond Nardo, Esq. - document production (outside photocopies) | 422.06 |
| Oct-11-11 | Verizon - conferencing call | 15.53 |
| Oct-26-11 | Victuals for the meeting | 28.74 |
| Oct-31-11 | Pacer - Court Services | 0.48 |
| | Veritext - Transcript: Certified Transcript (Thomas Baez) | 627.00 |
| Nov-02-11 | Veritext - Transcript: Certified Transcript (Jose O. Hernandez) | 236.00 |
| Nov-08-11 | Norma Lopez - Interpreting services | 54.25 |
| | Norma Lopez - Interpreting services | 26.35 |
| Nov-09-11 | Veritext - Transcript: Certified Transcript (Juan Antonio Garcia) | 367.00 |

| Date | Description | Amount |
|---|---|---|
| Nov-10-11 | Christopher Tompkins, Esq. - deposition of Juan Garcia | 264.50 |
| Nov-15-11 | Travel | 21.00 |
| Nov-29-11 | Travel (11/01/11 and 11/02/11) | 40.00 |
| Dec-31-11 | Data processing & electronic file creation. | 187.50 |
| Jan-18-12 | Postage - certified mail | 9.55 |
| Jan-31-12 | Pacer - Court Service | 0.96 |
| | Accurint Search as of 01/31/12 | 5.20 |
| Feb-02-12 | Verizon - Conference Call | 10.61 |
| Feb-03-12 | Christopher Tompkins, Esq. - deposition of Luis Campos and Pedro Gil | 529.00 |
| Feb-23-12 | Christopher Tompkins, Esq. - deposition of Paul Lopes | 314.50 |
| May-31-12 | Pacer - Court Services | 1.20 |
| Jul-31-12 | Westlaw - Legal research 07/01/12-07/31/12 | 18.41 |
| Aug-06-12 | Outside photocopies | 51.72 |
| Aug-07-12 | Postage - priority mail | 6.05 |
| Aug-09-12 | Postage - FedEx | 27.00 |
| Aug-20-12 | GRM Information Management Services - Archiving | 1,390.85 |
| | Norma Lopez - Interpreting services | 300.00 |
| | Accurint Search as of 08/20/12 | 42.59 |
| Aug-24-12 | Postage - FedEx | 17.83 |
| Aug-29-12 | Travel (to serve subpoena) | 4.50 |
| Aug-31-12 | Westlaw - Legal research 08/01/12-08/31/12 | 1.14 |
| Sep-12-12 | Printing and photocopies | 42.00 |
| | Travel | 2.25 |
| | Travel | 34.50 |
| Sep-30-12 | Westlaw - Legal research 09/01/12-09/30/12 | 19.37 |
| Oct-10-12 | Verizon - Conference Call | 14.97 |
| Dec-31-12 | Amaya - Patrick M. McKenna - Mediation services | 1,604.38 |
| | Data processing & electronic file creation. | 247.30 |
| Mar-01-13 | Amaya - Patrick M. McKenna - Mediation services | 375.00 |
| Apr-12-13 | Amaya - Spanish Interpreting Services 02/25/13 - Invoice # 8184 | 210.00 |
| Apr-26-13 | Postage - Priority mail (8x) | 44.80 |
| Jul-23-13 | Nassau County Court Clerk - Document copies | 14.95 |
| | Travel | 34.50 |
| Oct-17-13 | Rick Cardenas - Interpreting Services - 09/19/13 - Amaya et al. v. Garden City Irrigation, Inc. | 250.00 |
| Apr-30-14 | Pacer - Court Services | 4.40 |
| May-02-14 | Amaya - Charles E. Boop, CSA-G, IFA - Property appraisal x1/2 - 1124 Front Street, Uniondale, NY | 325.00 |
| May-31-14 | Pacer - Court Services | 3.10 |

| Date | Description | Amount |
|---|---|---|
| Oct-31-14 | Pacer - Court Services | 0.10 |
| Jan-15-15 | Verizon - Conference calls | 15.95 |
| Jun-07-15 | Envision Title Services, LLC - Invoice # 676C - 02/23/15 - Amaya v. Garden City Irrigation, Inc | 575.00 |
| Jul-17-15 | Postage - FedEx | 10.54 |
| Oct-23-15 | Postage - FedEx | 11.15 |
| Jan-31-16 | Pacer - Court Services | 0.80 |
| Feb-16-16 | Postage - FedEx | 22.18 |
| | Alan Asher, Esq. - Real estate work, mortgage preparation, mortgage note | 2,500.00 |
| | Postage - FedEx | 22.18 |
| Jun-21-16 | Envision Title Services, LLC - Invoice # 813C - 05/04/16 - Amaya v. Garden City Irrigation, Inc | 75.00 |
| Sep-29-16 | Verizon - Conference calls | 31.46 |
| Sep-30-16 | Pacer - Court Services | 2.40 |
| Jan-17-17 | Verizon - Conference calls | 37.34 |
| Mar-01-17 | Verizon - Conference calls | 11.78 |
| Apr-12-17 | Nathaliz Martinez - Letter translation | 40.00 |
| May-31-17 | Pacer - Court Services | 4.00 |
| Jun-30-17 | Pacer - Court Services | 4.30 |
| | Postage - FedEx | 16.93 |
| Jul-25-17 | Dorota Jankowska - Inv# 1095 - Preparation of back up for costs in Amaya v. Garden City Irrigation, Inc. | 1,005.00 |
| | GRM Information Management Services - Archiving (Additional) | 1,078.78 |
| | Totals | $17,833.87 |

**Total Fee & Disbursements**            **$17,833.87**

**Balance Now Due**            **$17,833.87**