# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

August 9, 2017

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    VIA ECF

Re.: **Amaya et al. v. Garden City Irrigation Inc. et al.**
**Docket No.: 03-cv-2814 (FB) (RML)**

Dear Judge Levy,

    I represent the following Plaintiffs Luis Campos, Juan Antonio Garcia, Jose M. Garcia Paul Lopes, Thomas Baez, Leocadio Acosta, Pedro Gil, Jose Hernandez, and Jose Garcia, in the above-referenced matter. I am writing to reiterate that my settlement agreement is separate and apart from any agreements between Plaintiffs Alvarado and Estrada, represented by Marina Trubitsky and Defendants.

    I respectfully request the court review and approve the settlement agreement between Plaintiffs I represent and Defendants without waiting for Ms. Trubitsky to finish her discussions with Defendants. This is crucial because Plaintiffs are counting on the settlement money for their own personal medical reasons. In fact, one of the Plaintiff's mother is currently awaiting a surgery, but needs the money for it.

    In sum, I respectfully request that Your Honor immediately review and approve the settlement agreement between the Plaintiffs I represent and Defendants.

    Thank you for your attention to the foregoing.

                                                    Respectfully,

                                                ------------/s/------------
                                                Robert Wisniewski